UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORPHE, LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:20-cv-1219 KJM DB<br><br><br>ORDER |

On October 13, 2020, plaintiff filed a motion for default judgment and noticed the motion for hearing before the undersigned on December 11, 2020, pursuant to Local Rule 302(c)(19). (ECF No. 13.) Although plaintiff's motion seeks an award of $5,000,000—a substantial sum—the motion consists of essentially two pages which recount the procedural background of this action and a request for $5,000,000. There is no memorandum in support discussing in detail Rule 55 of the Federal Rules of Civil Procedure and the relevant factors that must be considered upon motion for default judgment as identified in <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 11, 2020 hearing of plaintiff's motion for default judgment (ECF No. 13) is continued to **February 12, 2021**;

2. On or before **January 15, 2021**, plaintiff shall file a memorandum in support of the motion for default judgment that addresses all argument and authority relevant to plaintiff's motion for default judgement[1]; and

3. On or before **January 15, 2021**, plaintiff shall file proof of service of the memorandum and a copy of this order on the defendant.

Dated:  December 7, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\brooks1219.mdj.cont.ord

---

[1] Plaintiff's memorandum in support shall specifically and in detail address the issues of personal jurisdiction over the defendant, venue, and plaintiff's computation of damages.  See generally Davis v. Hutchins, 321 F.3d 641, 648 (7th Cir. 2003) ("Class damages cannot be awarded if no class is certified.").