Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORPHE, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01219-DJC-DB<br><br>Honorable Judge Daniel J. Calabretta<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Valerie Brooks ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: May 2, 2023 | Respectfully Submitted, |

*/s/ Carolin K. Shining*
Carolin K. Shining
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 2, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 2, 2023        */s/ Carolin K. Shining*
                         Carolin K. Shining